IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : CASE NO: |
| | : 7:21-cr-53–WLS-ALS-2 |
| DEONTREY DEMORRIA CRUMPTON, | : |
| | : |
| Defendant. | : |

_____

## ORDER

Before the Court is the Defendant's Motion for Updated Presentence Investigation Report Based on Amendment 821 (Doc. 105) ("Motion") filed January 21, 2026. Therein, Defendant requests that the Court direct that his Final Presentence Investigation Report (Doc. 68) be updated to reflect changes implemented by Amendment 821 to the United States Sentencing Guidelines. Defendant states that he does not seek to relitigate matters previously decided, but contends that an update would assist the Court in any present or future sentencing-related proceedings and promote fairness, accuracy, and judicial efficiency. To date, the Government has not filed a response to the Motion.

Accordingly, the Government is hereby **ORDERED** to file a response to the Motion (Doc. 105) on or before **Thursday, February 5, 2026**.

**SO ORDERED**, this 22nd day of January 2026.

/s/W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**